UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

ZANDRA M.                                                                                                    PLAINTIFF

v.                                                                                                    NO. 5:23-cv-0052-CRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security                                                 DEFENDANT

## ORDER

On August 18, 2023, the Magistrate Judge filed his report in this matter (DN 16, the "Report"), and thereafter Plaintiff filed her reply brief (DN 17). Plaintiff did not file Objections to the Report. Nonetheless, given that the Reply was docketed after the Report, the Court has reviewed Plaintiff's Reply in conjunction with its review of the Report. The Court finds no grounds in the Reply which merit remand. The Reply reiterates prior argument which the Magistrate Judge had addressed in the Report. Plaintiff has not added any authority or argument in her Reply which requires this Court, or persuades this Court, to depart from the Magistrate Judge's well-reasoned Report.

Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 16) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance benefits to Plaintiff.

**IT IS SO ORDERED**.

September 11, 2023

Charles R. Simpson III, Senior Judge
United States District Court